UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Revocation Minute Sheet for the Honorable Scott O. Wright

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 02-04014-01-CR-C-SOW |
| vs. | Date: July 14, 2010 |
| SAMUEL EARNEST HALEY | |
| | |
| Plaintiff Counsel | Defendant Counsel |
| Mike Warner, AUSA | Ronna Holloman-Hughes, AFPD |
| | |
| Time Commenced: 10:40 a.m. | Time Terminated: 10:50 a.m. |

X    Defendant stipulates to the violations of Conditions of Release.

       Type of Supervision: Supervised Release.
       Most Serious Grade Violation: C
       Criminal History Category: VI
       Revocation Range: 8 to 14 Months.

X    Motion to Revoke Supervised Release is granted (doc #36).

INCARCERATION:

X    The Court hereby orders the defendant to serve the following term of incarceration with the FBP. 18 months with credit for time served.
X    Defendant is hereby remanded to the custody of U.S. Marshal.

SUPERVISED RELEASE: No term of supervision to follow.

X    The Court hereby REVOKES the Defendant's Supervised Release for the following reasons:   Defendant admits to violation.

X    The Court advises the Defendant he has 14 days to appeal.

ERO/CRD: Joella Baldwin